UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUN 1 4 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FILMON TEKLE, | ) |
| EDDIE BUREN, | ) |
| LAJOHNDA DUNGER, | ) |
| | ) |
| Defendants. | ) |

**4:17CR274 AGF/NAB**

## INDICTMENT

## COUNT 1

The Grand Jury charges:

## THE CONSPIRACY

1.     From on or about January 15, 2013, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including the date of this indictment, in the Eastern District of Missouri and elsewhere,

**FILMON TEKLE,
EDDIE BUREN,
LAJOHNDA DUNGER,**

the defendants herein, did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together and with each other and with persons both known and unknown to the Grand Jury, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

1

## INTRODUCTION

At all times pertinent herein,

2.      Filmon Tekle was a resident of St. Louis County, Missouri, and operated businesses called First Class Tax, LLC, Reward Tax, and First Class Tax Group, LLC which provided tax preparation services at multiple locations in St. Louis.  Tekle oversaw the preparation and filing of tax returns at the businesses.

3.      Eddie Buren worked for First Class Tax, LLC.

4.      LaJohnda Dunger worked for First Class Tax, LLC.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

5.      Between 2013 and 2015, Tekle operated tax preparation stores under a different name each year.  In 2013, the business was called First Class Tax, LLC.  In 2014, the business was called Reward Tax.  In 2015, the business was called First Class Tax Group, LLC.  Tekle paid nominees to use their names to obtain Electronic Filing ID Numbers (EFINs) for the operating years 2014 and 2015.

6.      New employees of the tax business, including Buren and Dunger, would be trained to report Schedule C income without the necessary documentation.  Tekle instructed employees how to prepare the returns and how to interact with the customers.

7.      Clients were charged tax preparation fees that were deducted from the refund amount.

8.      Tekle provided lists of Employer Identification Numbers for various educational institutions to enable preparers to claim false educational expenses.

9.      The tax business maintained two folders for each client.  One folder contained the documents that had been provided by the client to be used in preparation of the tax returns and the version

2

of the tax return that was prepared when the client was present in the store. The second folder contained the version of the return that was actually filed with the Internal Revenue Service.

10.    It was further part of the conspiracy that Tekle and his employees used Preparer Tax Identification Numbers (PTINs) in other people's names to prepare and file the tax returns. Tekle prepared clients' returns using one of his employees' PTINs.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts were committed in the Eastern District of Missouri, and elsewhere:

11.    During 2013, the exact date or dates unknown to the Grand Jury, defendant Filmon Tekle instructed defendant LaJohnda Dunger how to file tax returns that falsely inflated the income of the client.

12.    Between 2013 and 2014, the defendant Filmon Tekle trained and instructed employees to prepare false tax returns that included fabricated Schedule C and Household Help income.

13.    On or about January 30, 2013, defendant Filmon Tekle prepared a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for J.B.

14.    On or about March 6, 2014, defendant Filmon Tekle prepared a U.S. Individual Income Tax Return, Form 1040 for the year 2013 for J.B.

15.    On or about February 11, 2014, defendant Filmon Tekle prepared a U.S. Individual Income Tax Return, Form 1040A for the year 2013 for K.B.

16.    On or about December 14, 2012, defendant Eddie Buren applied for a PTIN in the name of T.T. without T.T.'s knowledge or approval for use in preparing taxes.

17.    On or about February 25, 2013, defendant Eddie Buren prepared a U.S. Individual Income Tax Return, Form 1040 for the year 2012 for J.P. using T.T.'s PTIN.

3

18.     On or about February 13, 2014, defendant Eddie Buren prepared a U.S. Individual Income Tax Return, Form 1040 for the year 2013 for S.B. using T.T.'s PTIN.

19.     On or about January 22, 2013, defendant LaJohnda Dunger prepared a U.S. Individual Income Tax Return Form 1040 for the year 2012 for L.B.

20.     On or about March 1, 2014, defendant LaJohnda Dunger prepared a U.S. Individual Income Tax Return Form 1040 for the year 2013 for L.B.

21.     On or about March 13, 2014, defendants Filmon Tekle and LaJohnda Dunger prepared a U.S. Individual Tax Return Form 1040 for the year 2013 for an undercover agent of the Internal Revenue Service.

In violation of Title 18, United States Code, Section 371.

## COUNT 2

The Grand Jury further charges:

On or about January 20, 2013, in the Eastern District of Missouri,

### FILMON TEKLE,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of J.B. for the calendar year 2012. The return was false and fraudulent as to a material matter in that the return reported on Schedule C that J.B. had business income and expenses, whereas the defendant then and there knew that J.B. did not have business income and expenses.

In violation of Title 26, United States Code, Section 7206(2).

4

## COUNT 3

The Grand Jury further charges:

On or about February 11, 2014, in the Eastern District of Missouri,

### FILMON TEKLE,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of J.B. for the calendar year 2013. The return was false and fraudulent as to a material matter in that the return reported on Schedule C that J.B. had business income and expenses, whereas the defendant then and there knew that J.B. did not have business income and expenses.

In violation of Title 26, United States Code, Section 7206(2).

## COUNT 4

The Grand Jury further charges:

On or about February 11, 2014, in the Eastern District of Missouri,

### FILMON TEKLE,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040A, of K.B. for the calendar year 2013. The return was false and fraudulent as to a material matter in that the return reported that K.B. had household help income and that K.B. had qualified education expenses, whereas the defendant then and there knew that K.B. did not have household help income and qualified education expenses.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

5

## COUNT 5

The Grand Jury further charges:

On or about February 25, 2013, in the Eastern District of Missouri,

### EDDIE BUREN,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of J.P. for the calendar year 2012.  The return was false and fraudulent as to a material matter in that the return reported on Schedule C that J.P. had business income and expenses, whereas the defendant then and there knew that J.P. did not have business income and expenses.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

## COUNT 6

The Grand Jury further charges:

On or about February 13, 2014, in the Eastern District of Missouri,

### EDDIE BUREN,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of S.B. for the calendar year 2013.  The return was false and fraudulent as to a material matter in that the return reported that S.B. household help income, whereas the defendant then and there knew that S.B. did not have household help income.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

6

## COUNT 7

The Grand Jury further charges:

On or about January 22, 2013, in the Eastern District of Missouri,

### LAJOHNDA DUNGER,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of L.B. for the calendar year 2012.  The return was false and fraudulent as to a material matter in that the return reported that L.B. had household help income, whereas the defendant then and there knew that L.B. did not have household help income.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

## COUNT 8

The Grand Jury further charges:

On or about March 1, 2014, in the Eastern District of Missouri,

### LAJOHNDA DUNGER,

the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of L.B. for the calendar year 2013.  The return was false and fraudulent as to a material matter in that the return reported fuel credits for 2036 gallons for L.B., whereas the defendant then and there knew that L.B. did not have fuel credits from off road business use.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

7

## COUNT 9

The Grand Jury further charges:

On or about March 13, 2014, in the Eastern District of Missouri,

## FILMON TEKLE, and
## LAJOHNDA DUNGER

the defendants, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return 1040, of D.J. for the calendar year 2013. The return was false and fraudulent as to a material matter in that the return reported on Schedule C-EZ that D.J. had a net profit from a business, whereas the defendant then and there knew that D.J. did not have a net profit from a business.

In violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
JEANNETTE S GRAVISS, #44483
Assistant United States Attorney

8